**CORRIGAN & MORRIS, LLC**
Brian T. Corrigan (State Bar No. 143188)
  bcorrigan@cormorllp.com
Stanley C. Morris (State Bar No. 183620)
  scm@cormorllp.com
12300 Wilshire Boulevard, Suite 210
Los Angeles, CA 90025
Telephone:  310.394-2829
Facsimile:   310.394.2825

Attorneys for Plaintiff and Counterdefendant
GORDIAN MEDICAL, INC.

**ROPERS** MAJESKI PC
Andrew S. Hollins, Esq.
650 Town Center Drive, Suite 1600
Costa Mesa, CA 92626
d (949) 507-6711 | m (714) 814-2151
andrew.hollins@ropers.com

Attorneys for Cross-Claim Defendants,
Gordian Medical, Inc., Sam Muppalla
And Joseph Del Signore

**GODES & PREIS, LLP**
Joseph M. Preis (State Bar No. 212998)
  jpreis@gaplegal.com
Kevin S. Kim (State Bar No. 275200)
  kkim@gaplegal.com
300 Spectrum Center Drive, Suite 1420
Irvine, California 92618
Telephone:  949.468.0051
Facsimile:   949.872.2281

Attorneys for Defendants
NICK PERCIVAL; CURITEC, LLC; MARIA FERNANDEZ
AND TECH LOGIC, LLC
And Counterclaimants CURITEC, LLC and NICK PERCIVAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**STIPULATION AND PROTECTIVE ORDER**

| | |
|---|---|
| GORDIAN MEDICAL, INC., a Nevada corporation, doing business as American Medical Technologies,<br>　　　　Plaintiff,<br><br>vs.<br><br>NICK PERCIVAL, an individual; MARIA FERNANDEZ, an individual; CURITEC, LLC, a Florida Limited Liability Company; TECH LOGIC, LLC, a Delaware Limited Liability Company; and DOES 1 through 20,<br>　　　　Defendants. | Case No.: 8:19-CV-02244-JVS-ADS<br><br>**STIPULATION RE DISMISSAL PER SETTLEMENT AGREEMENT** |
| AND RELATED COUNTER ACTIONS | |

By and through their undersigned counsel, Plaintiff and Counter Defendant, Gordian Medical, Inc.; Counter Defendants, Joseph Del Signore and Sam Muppalla; Defendants, Maria Fernandez and Tech Logic, LLC; and Defendants and Counterclaimants, Curitec, LLC and Nick Percival (collectively, the "Parties") respectively submit concurrently their [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO SETTLEMENT AGREEMENT and hereby stipulate to its entry by the Court, dismissing this action, in its entirety, as specified below:

Pursuant to a written CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS dated February 5, 2020 ("Settlement Agreement"), by and between all parties to this litigation, pursuant to which no party admits liability and no party paid any other party any money to settle (except with respect to a $12,000 payment to Curitec, LLC for reimbursement of certain attorneys' fees, which amount has been paid in full), the Parties stipulate as follows:

1. All claims and causes of action asserted by the Plaintiff, Gordian Medical, Inc., against defendants, Curitec, LLC, Nick Percival, Maria Fernandez and Does 1 through 20, inclusive, shall be dismissed with prejudice.

2. All counterclaims, cross-claims and causes of action asserted in this case by counterclaimants, Nick Percival and Curitec, LLC, against counterclaim defendants, Gordian Medical, Inc., doing business as American Medical Technologies, Joseph Del Signore, Sam Muppalla, and Roes 1 through 20, inclusive, and all of them, shall be dismissed with prejudice.

3. No party shall be liable to the other for any money on account of the claims and counterclaims asserted in this action, including, without limitation, the other parties' attorneys' fees and costs incurred in connection with this action (except as provided above).

4. This Stipulation and the Proposed Order filed herewith are intended to

effectuate certain terms of the Settlement Agreement, and are not intended to alter, amend or otherwise change the terms of the Settlement Agreement. To the extent of any inconsistencies between the terms of the Settlement Agreement and the terms of this Order, the terms of the Settlement Agreement govern.

5. The Court shall retain jurisdiction over the parties to this case for purposes of enforcing the Settlement Agreement.

**IT IS SO STIPULATED.**

Date: February 10, 2020                **GODES & PREIS, LLP**

By: /S/ JOSEPH M PREIS
Joseph M. Preis
Attorneys for Defendants
Nick Percival, Maria Fernandez, Curitec, LLC, and Tech Logic, LLC

Date: February 10, 2020                **CORRIGAN & MORRIS LLP**

Per LR 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that this document and all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. /s/ Brian T. Corrigan

By: /S/ BRIAN T. CORRIGAN
Brian T. Corrigan
Stanley C. Morris
Attorneys for Plaintiff,
Gordian Medical, Inc.

Date: February 12, 2020                **ROPERS MAJESKI PC**

By: [signature]
Andrew S. Hollins
Attorneys for Counterclaim Defendants,
Gordian Medical, Inc.
Joseph Del Signore
Sam Muppalla