# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| GORDIAN MEDICAL, INC., a Nevada corporation, doing business as American Medical Technologies,<br><br>Plaintiff,<br><br>v.<br><br>NICK PERCIVAL, an individual, MARIA FERNANDEZ, an individual, CURITEC, LLC, a Florida Limited Liability Company; TECH LOGIC, LLC, a Delaware Limited Liability Company; and DOES 1 through 20,<br><br>Defendants. | Case No. 8:19-CV-02244-JVS-ADS<br><br>**ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO SETTLEMENT AGREEMENT**<br><br>[*Filed concurrently with Stipulation.*]<br><br>JUDGE:   Hon. James V. Selna |
| NICK PERCIVAL., an individual; CURITEC, LLC, a Florida Limited Liability Company<br><br>Counterclaimants,<br><br>v.<br><br>GORDIAN MEDICAL, INC., a Nevada corporation, doing business as American Medical Technologies JOSEPH DEL SIGNORE, an individual; SAM MUPPALLA, an individual; and ROES 1 through 20,<br><br>Counterdefendants. | |

**ORDER**

Pursuant to a written CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS dated February 5, 2021 ("Settlement Agreement"), by and between all parties to this litigation, pursuant to which no party admits liability and no party paid any other party any money to settle (except with respect to a $12,000 payment to Curitec, LLC for reimbursement of certain attorneys' fees, which amount has been paid in full), and pursuant to which the parties have stipulated and agree to dismiss with prejudice all claims and counterclaims asserted against each other in this case, among other things,

**IT IS SO ORDERED:**

1. All claims and causes of action asserted by the Plaintiff, Gordian Medical, Inc., against defendants, Curitec, LLC, Nick Percival, Maria Fernandez and Does 1 through 20, inclusive, are dismissed with prejudice.

2. All counterclaims, cross-claims and causes of action asserted in this case by counterclaimants, Nick Percival and Curitec, LLC, against counterclaim defendants, Gordian Medical, Inc., doing business as American Medical Technologies, Joseph Del Signore, Sam Muppalla, and Roes 1 through 20, inclusive, and all of them, are hereby dismissed with prejudice.

3. No party shall be liable to the other for any money on account of the claims and counterclaims asserted in this action, including, without limitation, the other parties' attorneys' fees and costs incurred in connection with this action (except as provided above).

4. This Order is intended to effectuate certain terms of the Settlement Agreement, and is not intended to alter, amend or otherwise change the terms of the Settlement Agreement. To the extent of any inconsistencies

**[PROPOSED] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS**

between the terms of the Settlement Agreement and the terms of this Order, the terms of the Settlement Agreement govern.

5. This Court shall retain jurisdiction over the parties to this case for purposes of enforcing the Settlement Agreement.

DATED: February 17, 2021

_____
HON. JAMES V. SELNA

**[PROPOSED] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS**